

Jeffrey A. Cohen
**FLASTER GREENBERG, PC**
2nd Floor 1810 Chapel Avenue West
Cherry Hill, New Jersey 08002
jeff.cohen@flastergreenberg.com
(856) 382-2240

OF COUNSEL:
R. Eric Gaum
Amanda H. Wilcox
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
regaum@hahnlaw.com
awilcox@hahnlaw.com
(216) 621-0150

*Attorneys for Plaintiff, Horsemen's Pride, Inc.*

Gregory D. Miller
Kori M. Clanton
**RIVKIN RADLER LLP**
21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, New Jersey 07601-7021
gregory.miller@rivkin.com
kori.clanton@rivkin.com
(201) 287-2460

OF COUNSEL:
Michael A. Dorfman
Thomas J. Maas
**KATTEN MUCHIN ROSEMAN LLP**
525 West Monroe Street
Chicago, Illinois 60661-3693
michael.dorfman@kattenlaw.com
thomas.maas@kattenlaw.com
(312) 902-5200

*Attorneys for Defendant, Ethical Products, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORSEMEN'S PRIDE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ETHICAL PRODUCTS, INC., <br><br> Defendant. | Civil Action No. 2:17-cv-07861 (ES) (SCM) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned matter shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

DATED: December 18, 2017

FLASTER GREENBERG, PC

By: *s/ Jeffrey A. Cohen*
    Jeffrey A. Cohen
2nd Floor 1810 Chapel Avenue West
Cherry Hill, New Jersey 08002
jeff.cohen@flastergreenberg.com
(856) 382-2240

OF COUNSEL:
R. Eric Gaum
Amanda H. Wilcox
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
regaum@hahnlaw.com
awilcox@hahnlaw.com
(216) 621-0150

*Attorneys for Plaintiff, Horsemen's Pride, Inc.*

RIVKIN RADLER LLP

By: *s/ Gregory D. Miller*
    Gregory D. Miller
    Kori M. Clanton
21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, New Jersey 07601-7021
gregory.miller@rivkin.com
kori.clanton@rivkin.com
(201) 287-2460

OF COUNSEL:
Michael A. Dorfman
Thomas J. Maas
**KATTEN MUCHIN ROSEMAN LLP**
525 West Monroe Street
Chicago, Illinois 60661-3693
michael.dorfman@kattenlaw.com
thomas.maas@kattenlaw.com
(312) 902-5200

*Attorneys for Defendant, Ethical Products, Inc.*

3868614 v1

*So Ordered*
*E. Salas, USDJ*
*2/26/18*

2